1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17
18

ERICH BACHMANN, MONA
BACHMANN,

        Plaintiff,

    v.

SAFECO INSURANCE COMPANY
OF ILLINOIS,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:20-cv-09492-CAS-JEMx

**ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE**

Honorable Christina A. Snyder

19
20
21
22
23
24
25
26
27
28

## **ORDER**

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear his, her, or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: November 30, 2021

_____
Hon. Christina A. Snyder
United States District Judge